JOHN G. CAVANAGH, Suing on Behalf of Himself and Other Stockholders of ROBINSON AMUSEMENT COMPANY, Appellant, *v.* JOHN WALTERS et al., Respondents.

*Corporations — directors — stockholders' action to have annulled resolutions of directors increasing salaries of officers.*

Cavanagh v. Walters, 218 App. Div. 787, affirmed.

(Argued June 6, 1927; decided June 21, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 2, 1926, unanimously affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to have adjudged null and void certain resolutions of the board of directors of the Robinson Amusement Company increasing the salaries of officers of that company and requiring them to repay into its treasury moneys received pursuant to said resolutions.

*Vincent P. Donihee* for appellant.

*John J. Curtin* and *Wesley S. Sawyer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EDNA G. HOLBROOK, Respondent, *v.* JOHN W. SHEPARD, as Executor of RICHARD H. GREENE, Deceased, et al., Defendants, and ANNA S. GREENE et al., Appellants.

*Will — gift of remainder " to my grandchildren or child if there are any living " — grandchild takes all to exclusion of children of deceased grandchild.*

Holbrook v. Shepard, 220 App. Div. 64, affirmed.

(Argued June 7, 1927; decided June 21, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1927, which unanimously affirmed an interlocutory judgment of Special Term construing the will of William W. Greene, deceased. Testa-